# 11589331
2/8/10 $57.00

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

AYISHA J. MOORE                                B-05-12736-K

                      Debtor

      IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Ayisha J. Moore, 74 Humason Ave., Buffalo, NY 14211

      AND IT

      FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

      Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $57.00 representing unclaimed funds belonging to the above-named debtor.

Dated: February 5, 2010

                                    ALBERT J. MOGAVERO
                                    CHAPTER 13 TRUSTEE



FILED
February 8, 2010
BANKRUPTCY COURT
BUFFALO, N.Y.